IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
AT CINCINNATI

JEFFREY BAILEY,
    Petitioner,

-v-

    Case Number: CR-1-01-23

UNITED STATES OF AMERICA,
    Respondent,

*Denied as moot.
Susan J. Dlott
June 24, 2005*

**MOTION TO MODIFY TERM OF IMPRISONMENT
PURSUANT TO 18 U.S.C. 3582 (C)(2)**

    NOW INTO COURT comes Jeffrey Bailey, the petitioner, appearing through Pro-Se representation respectfully moves this Honorable Court for an order granting this motion pursuant to Title 18 U.S.C. 3582 (c)(2).

    This is a Pro-Se motion and such is to be held to less stringent standards then those drafted by an attorney. See **CRUZ V. BETO**, 405 U.S. 319 (1972), **HAINES V. KERNER**, 404 U.S. 519 (1972). The allegations in a Pro-Se motion must be taken as true and construed in favor of the defendant. See **MALONE V. COLYER**, 710 F. 2d. 258, 260, (6th Cir. 1983).

    A memorandum brief in support of this motion is made part of this motion by reference herein.

                                   Respectfully Submitted

                                   *Jeffrey Bailey*

34