## PAYMENT SCHEDULE FOR COURT-ORDERED MONETARY PENALTIES

Name:      Jeffrey T Bailey              Docket #:   1:01CR00023

Address:   1332 Kingfisher Court, Amelia, OH    Judge:   The Honorable Susan J. Dlott

           45102

You have been ordered by the United States District Court to pay a special assessment of $ __100__, restitution of $ __573,600__, and/or a fine of $ __0__, as a condition of your supervision (probation, parole, or supervised release).

**Probation Officer's Recommendation:**

It is the recommendation of the Probation Officer that the court order a payment schedule in the amount of $ __150__ per month, commencing __12-28-05__. This is based on the following analysis of your ability to pay: __Your statement of your income and expenses.__

_____      __11-28-05__
U. S. Probation Officer         Date

**Order of the Court:** The Court orders minimum monthly payments of $ __150__ to commence on __12/28/05__ and to continue until the debt is satisfied or the Court alters the payment schedule.

_Susan J. Dlott_                __12/20/05__
Signature of Judicial Officer   Date

**Instructions to offender:** Payments must be in the form of a Money Order, Certified Check or Cashier's Check. **Personal checks will not be accepted.** The check or money order must be made payable to: Clerk, U.S. District Court. Please reference the docket # listed above on the check or money order. Submit the payment directly to the Clerk of Courts at:

United States Clerk of Courts
U. S. Courthouse, RM 103
100 East Fifth St.
Cincinnati, Ohio 45202

Note: Your restitution/fine bears or does not bear (strike one) interest. There could be additional monetary penalties for payments that come past due as outlined in the attached General Instructions Regarding Special Assessments, Restitution and Fines for Persons Under Supervision. I agree to make payments as outlined above. I understand that failure to abide by this agreement could result in revocation of my supervision and other penalties. If for any reason I am unable to make a scheduled payment, I will contact my Probation Officer immediately to advise. I hereby acknowledge that I have received a copy of this schedule and agreement.

X _Jeffrey T Bailey_             X __11/28/05__
Defendant                         Date

_____        __11/28/05__
U.S. Probation Officer            Date

Original: Probation file
Copies: Defendant, Clerk of Court, US Attorney office, FLU