October 1, 2007

Ms. Betti Vance
U.S. Attorney Office
303 Marconi Blvd.
Suite 200
Columbus, OH 43215

FAX: 614-469-5240

Hello Betti.

This letter is to confirm that I am the sole heir to my husband's estate due to his death.

There are no other heirs entitled to his estate.

If you would like to contact my attorney his name is Alfred Steff, 664 4th Street, Beaver, PA 15009. His phone number is 724-774-6270.

Please contact me directly if you have additional questions.

Sincerely,

*Elaine Chevalier*

Elaine Chevalier
724-822-7770 (cell)
412-777-2641 (business)


GOVERNMENT EXHIBIT