IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| United States of America, | : |
| Plaintiff, | : |
| v. | : Case No. CR-1-01-023 |
| Jeffrey T. Bailey, | : Judge Dlott |
| Defendant. | : |

## **ORDER**

Upon the Motion filed by the Plaintiff United States of America that for restitution purposes, Elaine Chevalier be substituted as a victim in place of William Chevalier her deceased spouse and for good cause shown, the Court hereby grants the Motion.

The Court **ORDERS** that future monies owed to William Chevalier, a victim in this case, be made payable to Elaine Chevalier**.**

**IT IS HEREBY ORDERED.**

Date: _____

                                                   S/Susan J. Dlott_____
                                                   United States District Judge