CERTIFICATE OF JUDGMENT UNDER § 2329.02

OHIO REVISED CODE

UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF OHIO

I, James Bonini, Clerk of the United States District Court for the Southern District of Ohio, do hereby certify that on January 23, 2002 there was entered in the record, in this court, Western Division, at Cincinnati, Ohio, in

Case Number CR-1-01-23

entitled USA v. Jeffrey Bailey

judgment in favor of Donald J. Byle

and against Jeffrey Bailey

in the amount of Twenty Thousand Dollars ($20,000) with interest at the rate of 0% per annum.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the Seal of this Court, at Cincinnati, Ohio, this 30th day of July, A.D. 2008.

JAMES BONINI, Clerk, U.S. District Court

By: _____, Deputy Clerk